OPINION — AG — ** CONFLICT OF INTEREST — MUNICIPALITY — PUBLIC OFFICER ** (1) UNDER THE PROVISIONS OF 11 O.S. 45-101 [11-45-101] ET SEQ., A MEMBER OF A MUNICIPAL PLANNING COMMISSION IS A PUBLIC OFFICER. (2) PURSUANT TO 21 O.S. 344 [21-344], IT IS A CONFLICT OF INTEREST FOR A MEMBER OF A MUNICIPAL PLANNING COMMISSION TO OWN THE NEWSPAPER USED BY THE COMMISSION TO PUBLISH IT LEGAL NOTICES. (PUBLIC OFFICER, CONFLICT OF INTEREST, CITY, TOWNS, LEGAL NOTICES) CITE: 11 O.S. 45-101 [11-45-101], 11 O.S. 45-103 [11-45-103] 11 O.S. 45-104 [11-45-104], 21 O.S. 344 [21-344] (BETTY ELROD HUNTER) ** GOOD DISCUSSION ON DEFINITION OF WHAT IS A "PUBLIC OFFICER" IN CONFLICT OF INTEREST, DUAL OFFICE HOLDING ** SEE OPINION NO. 91-542 (1991) ** SEE OPINION NO. 87-541 (1987) **** SEE OPINION NO. 88-516 (1988) **